

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00406-CV

| | | |
|---|---|---|
| CITY OF ARLINGTON, Appellant | § | On Appeal from the 342nd District Court |
| v. | § | of Tarrant County (342-350490-24) |
| | § | January 8, 2026 |
| CERKEZI ENTERPRISES, L.L.C., D/B/A EURO CAR TECH, AND ELIO CERKEZI, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying Appellant's combined traditional and no-evidence motion for summary judgment and plea to the jurisdiction (the Motion). It is ordered that the trial court's order denying the Motion is reversed, and we render judgment dismissing Appellees' claims against Appellant.

It is further ordered that Appellees shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack